IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DARYL J. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-00517-SLR |
| | ) | |
| STANLEY W. TAYLOR, individually; | ) | JURY TRIAL DEMANDED |
| RAPHAEL WILLIAMS, individually; | ) | |
| SITTA B. GOMBEH-ALIE, M.D., individually; | ) | |
| MUHAMMAD ARIF NIAZ, M.D., individually; | ) | |
| CORRECTIONAL MEDICAL SERVICES, INC; | ) | |
| CORRECTIONAL MEDICAL SERVICES OF DE, | ) | |
| INC., JOHN DOE MEDICAL PERSONNEL; and | ) | |
| JOHN DOE CORRECTIONAL PERSONNEL, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of defendant Raphael Williams. This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the defendant. The defendant specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                STATE OF DELAWARE
                DEPARTMENT OF JUSTICE

                /s/ Ophelia M. Waters
                Ophelia M. Waters, Bar. I.D. 3879
                Deputy Attorney General
                820 North French Street, 6th Floor
                Wilmington, Delaware 19801
                (302)577-8400
Dated: October 16, 2007        Counsel for State Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Michael Sensor, Esquire
Perry & Sensor, Suite 560
First Federal Plaza
Wilmington, DE  19899-1568

                                                **STATE OF DELAWARE**
                                                **DEPARTMENT OF JUSTICE**

                                                /s/ Ophelia M. Waters
                                                Ophelia M. Waters, Bar. I.D. 3879
                                                Deputy Attorney General
                                                820 North French Street, 6th Floor
                                                Wilmington, Delaware 19801
                                                (302)577-8400