AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

DARYL J. CARTER,

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

STANLEY W. TAYLOR, individually; RAPHAEL WILLIAMS, individually; SITTA B. GOMBEH-ALIE, M.D., individually; MUHAMMAD ARIF NIAZ, M.D., individually; CORRECTIONAL MEDICAL SERVICES, INC., a Missouri corporation; CORRECTIONAL MEDICAL SERVICES OF DELAWARE, INC., a Delaware corporation; JOHN DOE MEDICAL PERSONNEL; and JOHN DOE CORRECTIONAL PERSONNEL,

CASE NUMBER:

Defendants.

TO: (Name and address of Defendant)

Muhammad Arif Niaz, M.D.
266 S. College Avenue
Newark, DE 19711

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Sensor, Esquire
Perry & Sensor
One Customs House, Suite 560
Wilmington, DE 19899-1568
(302) 655-4482

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                             8/24/07
CLERK                                        DATE

_C. Trucklin_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE October 9, 2007 (3:31 P.M.) |
| NAME OF SERVER (PRINT) Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Muhammad Arif Niaz, M.D., 266 S. College Avenue, Newark, Delaware 19711 (personal service of process - in hand)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL n/a | SERVICES $45.00 | TOTAL $45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   October 9, 2007
                        Date

Signature of Server
Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
Address of Server
(302) 478-2693

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIVED

OCT 10 2007