IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DARYL J. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 07-00517*** |
| | ) | |
| STANLEY W. TAYLOR, individually; | ) | JURY TRIAL DEMANDED |
| RAPHAEL WILLIAMS, individually; | ) | |
| SITTA B. GOMBEH-ALIE, M.D., individually; | ) | |
| MUHAMMAD ARIF NIAZ, M.D., individually; | ) | |
| CORRECTIONAL MEDICAL SERVICES, INC; | ) | |
| CORRECTIONAL MEDICAL SERVICES OF DE, | ) | |
| INC., JOHN DOE MEDICAL PERSONNEL; and | ) | |
| JOHN DOE CORRECTIONAL PERSONNEL, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW ENTRY OF APPEARANCE AND ANSWER TO COMPLAINT (D.I. 15, 16)

COMES NOW, Ophelia M. Waters, undersigned counsel, and moves this Honorable Court for leave to withdraw as counsel of record and withdraw the answer inadvertently filed on behalf of Defendant Williams. In support of this motion, counsel states the following:

1.  Due to an internal office miscommunication, the undersigned attorney entered her appearance on a case for which another attorney had been assigned in the above captioned matter;

2.  The undersigned attorney has received consent to withdraw as counsel, and

3.  Deputy Attorney General Niedzielski from the Delaware Department of Justice has at all relevant times been conferring with plaintiff's counsel in this matter, and will enter an

appearance and file a responsive pleading on behalf of State Defendants.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant her leave to withdraw the answer (D.I.16) filed and as counsel of record (D.I.15) in this matter.

                              **STATE OF DELAWARE**
                              **DEPARTMENT OF JUSTICE**

                              /s/ Ophelia M. Waters
                              Ophelia M. Waters, Bar. I.D. 3879
                              Deputy Attorney General
                              820 North French Street, 6th Floor
                              Wilmington, Delaware 19801
                              (302)577-8400

Dated: October 18, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DARYL J. CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 07-00517*** |
| ) | |
| STANLEY W. TAYLOR, individually; ) | JURY TRIAL DEMANDED |
| RAPHAEL WILLIAMS, individually; ) | |
| SITTA B. GOMBEH-ALIE, M.D., individually; ) | |
| MUHAMMAD ARIF NIAZ, M.D., individually; ) | |
| CORRECTIONAL MEDICAL SERVICES, INC; ) | |
| CORRECTIONAL MEDICAL SERVICES OF DE, ) | |
| INC., JOHN DOE MEDICAL PERSONNEL; and ) | |
| JOHN DOE CORRECTIONAL PERSONNEL, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

AND NOW TO WIT, this _____ day of _____, 2007, the foregoing **Motion to Withdraw as Counsel of Record and Withdraw the Answer to Complaint (D.I. 15, 16)** having been considered, it is hereby ORDERED that the motion is GRANTED.

_____
Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2007, I electronically filed *Withdrawal of an Entry of Appearance and Withdrawal of Answer to Complaint* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Michael Sensor, Esquire
Perry & Sensor, Suite 560
First Federal Plaza
Wilmington, DE  19899-1568

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, Bar. I.D. 3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400