# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL J. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STANLEY W. TAYLOR, individually; | ) |
| RAPHAEL WILLIAMS, individually; | ) |
| SITTA B. GOMBEH-ALIE, M.D., | ) |
| individually; MUHAMMAD ARIF NIAZ, | ) C.A. No. 07-517 *** |
| M.D., individually; CORRECTIONAL | ) |
| MEDICAL SERVICES, INC., a Missouri | ) JURY TRIAL DEMANDED |
| corporation; CORRECTIONAL MEDICAL | ) |
| SERVICES OF DELAWARE, INC., a | ) |
| Delaware corporation; JOHN DOE | ) |
| MEDICAL PERSONNEL; and JOHN DOE | ) |
| CORRECTIONAL PERSONNEL, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT WILLIAMS' MOTION TO WITHDRAW APPEARANCE AND ANSWER TO COMPLAINT (D.I. 15, 16)**

**NOW COMES** plaintiff, by and through counsel, and responds to defendant Williams' Motion to Withdraw Appearance and Answer to Complaint as follows:

1. Plaintiff does not object to the substitution of counsel for defendant Williams.

2. Concerning defendant Williams' request to withdraw his Answer, plaintiff notes that the appropriate vehicle to modify Williams' his Answer would normally be the filing of an amended Answer rather than the outright withdrawal of his Answer. *See* Fed. R. Civ. P. 15(a). However, given that defendant Taylor, the other State defendant in this case, has not yet been served, and the filing of a single Answer on behalf of both State defendants would serve to promote judicial efficiency, plaintiff does not oppose the withdrawal of defendant Williams' Answer.

**WHEREFORE**, plaintiff does not oppose defendant Williams' Motion to Withdraw Appearance and Answer to Complaint.

**PERRY & SENSOR**

By: /s/ Michael L. Sensor
    Michael L. Sensor, Esquire
    Delaware Bar ID No. 3541
    One Customs House, Suite 560
    P.O. Box 1568
    Wilmington, DE 19899-1568
    Telephone: (302) 655-4482
    Attorney for Plaintiff

Dated: October 18, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 18, 2007, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following person(s), counsel of record for defendant Williams:

**DOCUMENT:**

Plaintiff's Response to Defendant Williams' Motion to Withdraw Appearance and Answer to Complaint

**RECIPIENT:**

Ophelia M. Waters, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

                                              **PERRY & SENSOR**

                              By:  /s/    Michael L. Sensor
                                   Michael L. Sensor, Esquire
                                   Delaware Bar ID No.  3541
                                   One Customs House, Suite 560
                                   P.O. Box 1568
                                   Wilmington, DE 19899-1568
                                   Telephone: (302) 655-4482
                                   Attorney for Plaintiff

Dated: October 18, 2007