AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

DARYL J. CARTER,

Plaintiff,

V.

STANLEY W. TAYLOR, individually; RAPHAEL WILLIAMS, individually; SITTA B. GOMBEH-ALIE, M.D., individually; MUHAMMAD ARIF NIAZ, M.D., individually; CORRECTIONAL MEDICAL SERVICES, INC., a Missouri corporation; CORRECTIONAL MEDICAL SERVICES OF DELAWARE, INC., a Delaware corporation; JOHN DOE MEDICAL PERSONNEL; and JOHN DOE CORRECTIONAL PERSONNEL,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  07-517

TO: (Name and address of Defendant)

Stanley W. Taylor
38 Indian River Drive
Dagsboro, DE 19939

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael L. Sensor, Esquire
Perry & Sensor
One Customs House, Suite 560
Wilmington, DE 19899-1568
(302) 655-4482

RECEIVED

OCT 18 2007

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              8/24/07
CLERK                                         DATE

E. Stricklin
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE October 13, 2007 ( 9:05 am/pm) | |
| NAME OF SERVER (PRINT) Timothy J. Jones | TITLE process server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: Lindsey Taylor, daughter
   new 911 address for defendant: 34344 Indian River Drive, Dagsboro, DE 19939

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | $65.00 | $65.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 13, 2007      X _Timothy J. Jones_
                Date                 Signature of Server
                                     Legal Beagles, Inc.
                                     P.O. Box 886
                                     New Castle, Delaware 19720-0886
                                     Address of Server
                                     (302) 478-2693

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.