UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL J. CARTER, ) | |
| ) | Case No. 07-517 |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| STANLEY W. TAYLOR, individually; ) | |
| RAPHAEL WILIAMS, individually; ) | |
| SITTA B. GOMBEH-ALIE, M.D., ) | |
| Individually; MUHAMMAD ARIF NIAZ, ) | |
| M.D., individually; CORRECTIONAL ) | |
| MEDICAL SERVICES, INC., a Missouri ) | |
| corporation; CORRECTIONAL MEDICAL) | |
| SERVICES OF DELAWARE, INC., a ) | |
| Delaware corporation; JOHN DOE ) | |
| MEDICAL PERSONNEL; and ) | |
| JOHN DOE CORRECTIONAL ) | |
| PERSONNEL, ) | |
| ) | |
| Defendants. ) | |

--------------------------------------------------------

**ENTRY OF APPEARANCE**

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendants Sitta B. Gombeh-Alie, M.D., Muhammad Arif-Niaz, M.D., Correctional Medical Services, Inc., and Correctional Medical Services of Delaware, Inc., and the John Doe Medical Personnel (collectively, the "Medical Defendants"). This entry of appearance is not a waiver of any defense available to the Medical Defendants, and all defenses to the above-captioned action are reserved.

                                BALICK & BALICK, LLC

                                /s/ James E. Drnec
                            James E. Drnec, Esquire (#3789)
                            711 King Street
                            Wilmington, Delaware 19801
                            302.658.4265
                            Attorneys for Defendants
                            Sitta B. Gombeh-Alie, M.D., Muhammad Arif-Niaz, M.D., Correctional Medical Services, Inc., and Correctional Medical Services of Delaware, Inc., and the John Doe Medical Personnel

Date:   October 29, 2007

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 29th day of October 2007, the foregoing appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendants Sitta B. Gombeh-Alie, M.D., Muhammad Arif-Niaz, M.D., Correctional Medical Services, Inc., and Correctional Medical Services of Delaware, Inc., and the John Doe Medical Personnel (collectively, the "Medical Defendants") was filed via CM/ECF and electronically served upon the following:

> Michael L. Sensor, Esquire
> Perry & Sensor
> One Customs House, Suite 560
> P.O. Box 1568
> Wilmington, DE 19899
>
> Marc P. Niedzielski, Esquire
> Department of Justice
> 820 N. French St.
> Wilmington, DE 19801
>
> Ophelia Michelle Waters, Esquire
> Department of Justice
> 820 N. French Street, 8th Floor
> Carvel Office Building
> Wilmington, DE 19801

                /s/ James E. Drnec
        James E. Drnec, Esquire (#3789)