UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL J. CARTER, ) | |
| ) | Case No. 07-517 |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| STANLEY W. TAYLOR, individually; ) | |
| RAPHAEL WILIAMS, individually; ) | |
| SITTA B. GOMBEH-ALIE, M.D., ) | |
| Individually; MUHAMMAD ARIF NIAZ, ) | |
| M.D., individually; CORRECTIONAL ) | |
| MEDICAL SERVICES, INC., a Missouri ) | |
| corporation; CORRECTIONAL MEDICAL) | |
| SERVICES OF DELAWARE, INC., a ) | |
| Delaware corporation; JOHN DOE ) | |
| MEDICAL PERSONNEL; and ) | |
| JOHN DOE CORRECTIONAL ) | |
| PERSONNEL, ) | |
| ) | |
| Defendants. ) | |

--------------------------------------------------------

**DEFENDANTS SITTA B. GOMBEH-ALIE, M.D., MUHAMMAD ARIF-NIAZ, M.D., CORRECTIONAL MEDICAL SERVICES, INC. AND CORRECTIONAL MEDICAL SERVICES OF DELAWARE, INC.'S <u>WITHDRAWAL OF CROSSCLAIMS</u>**

Defendants Sitta B. Gombeh-Alie, M.D., Muhammad Arif-Niaz, M.D., Correctional Medical Services, Inc., and Correctional Medical Services of Delaware, Inc., by and through the undersigned counsel of record, hereby withdraw their crossclaims for indemnification and/or contribution from co-defendants Taylor, Williams, and John Doe Correctional Personnel.

                BALICK & BALICK, LLC

                /s/ James E. Drnec
          James E. Drnec, Esquire (#3789)
          711 King Street
          Wilmington, Delaware 19801
          302.658.4265
          Attorneys for Defendants
          Sitta B. Gombeh-Alie, M.D., Muhammad Arif-Niaz, M.D., Correctional Medical Services, Inc., and Correctional Medical Services of Delaware, Inc.

Date:   October 29, 2007

# CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 29th day of October 2007, the foregoing Defendants Sitta B. Gombeh-Alie, M.D., Muhammad Arif-Niaz, M.D., Correctional Medical Services, Inc., and Correctional Medical Services of Delaware, Inc., Withdrawal of Crossclaims was filed via CM/ECF and electronically served upon the following:

        Michael L. Sensor, Esquire
        Perry & Sensor
        One Customs House, Suite 560
        P.O. Box 1568
        Wilmington, DE 19899

        Marc P. Niedzielski, Esquire
        Department of Justice
        820 N. French St.
        Wilmington, DE 19801

        Ophelia Michelle Waters, Esquire
        Department of Justice
        820 N. French Street, 8th Floor
        Carvel Office Building
        Wilmington, DE 19801

        /s/ James E. Drnec
        James E. Drnec, Esquire (#3789)