# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL J. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STANLEY W. TAYLOR, individually; | ) |
| RAPHAEL WILLIAMS, individually; | ) |
| SITTA B. GOMBEH-ALIE, M.D., | ) |
| individually; MUHAMMAD ARIF NIAZ, | )  C.A. No. 07-517 *** |
| M.D., individually;  CORRECTIONAL | ) |
| MEDICAL SERVICES, INC., a Missouri | )  JURY TRIAL DEMANDED |
| corporation; CORRECTIONAL MEDICAL | ) |
| SERVICES OF DELAWARE, INC., a | ) |
| Delaware corporation; JOHN DOE | ) |
| MEDICAL PERSONNEL; and JOHN DOE | ) |
| CORRECTIONAL PERSONNEL, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S
## MOTION FOR DEFAULT JUDGMENT

**NOW COMES** plaintiff, by and through his attorney, Michael L. Sensor, Esquire, and

hereby withdraws Plaintiff's Motion for Default Judgment [D.I. 24], without prejudice.

PERRY & SENSOR

By:  /s/   Michael L. Sensor
Michael L. Sensor, Esquire
Delaware Bar ID No.  3541
One Customs House, Suite 560
P.O. Box 1568
Wilmington, DE 19899-1568
Telephone: (302) 655-4482
Attorney for Plaintiff

Dated: October 29, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 29, 2007, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following person(s), counsel of record for defendants:

**DOCUMENT:**

Notice of Withdrawal of Plaintiff's Motion for Default Judgment

**RECIPIENTS:**

Marc Niedzielski, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

James R. Drnec, Esquire
Balick & Balick, LLC
711 N. King Street
Wilmington, DE 19801

PERRY & SENSOR

By: /s/ Michael L. Sensor
       Michael L. Sensor, Esquire
       Delaware Bar ID No.  3541
       One Customs House, Suite 560
       P.O. Box 1568
       Wilmington, DE 19899-1568
       Telephone: (302) 655-4482
       Attorney for Plaintiff

Dated: October 29, 2007