**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DARYL J. CARTER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A.No. 07-517*** |
| : | |
| STANLEY W. TAYLOR, individually; : | |
| RAPHAEL WILLIAMS, individually; : | |
| SITTA B. GOMBEH-ALIE, M.D., : | |
| Individually; MUHAMMAD ARIF : | |
| NAIZ, M.D., individually; : | |
| CORRECTIONAL MEDICAL : | |
| SERVICES, INC, a Missouri : | |
| Corporation,  CORRECTIONAL : | |
| MEDICAL SERVICES OF : | |
| DELAWARE, INC., a Delaware : | |
| Corporation; JOHN DOE MEDICAL : | |
| PERSONNEL; and JOHN DOE : | |
| CORRECTIONAL PERSONNEL, : | |
| : | |
| Defendants. : | |

## CONSENT TO JURISDICTION BY MAGISTRATE JUDGE

The above parties consent to this matter being heard and finally determined by the Honorable Leonard P. Stark pursuant to 28 U.S.C. § 636.

/s/ Michael L. Sensor (#3541)
Perry & Sensor
One Customs House, Suite 560
P.O. Box 1568
Wilmington, DE  19899-1568
Attorney for Plaintiff

/s/ Marc P. Niedzielski  (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
Attorney for Taylor and Williams

/s/ James E. Drnec (#3789)
Balick & Balick, LLC
711 King Street
Wilmington, DE  19801
Attorney for Gombeh-Alie, Arif-Niaz,
Correctional Medical Services, Inc. and
Correctional Medical Services of Delaware, Inc.