IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL J. CARTER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A.No. 07-517*** |
| | : |
| STANLEY W. TAYLOR, individually; | : |
| RAPHAEL WILLIAMS, individually; | : |
| SITTA B. GOMBEH-ALIE, M.D., | : |
| Individually; MUHAMMAD ARIF | : |
| NAIZ, M.D., individually; | : |
| CORRECTIONAL MEDICAL | : |
| SERVICES, INC, a Missouri | : |
| Corporation, CORRECTIONAL | : |
| MEDICAL SERVICES OF | : |
| DELAWARE, INC., a Delaware | : |
| Corporation; JOHN DOE MEDICAL | : |
| PERSONNEL; and JOHN DOE | : |
| CORRECTIONAL PERSONNEL, | : |
| | : |
| Defendants. | : |

**CONSENT TO JURISDICTION BY MAGISTRATE JUDGE**

The above parties consent to this matter being heard and finally determined by the Honorable Leonard P. Stark pursuant to 28 U.S.C. § 636.

/s/ Michael L. Sensor (#3541)
Perry & Sensor
One Customs House, Suite 560
P.O. Box 1568
Wilmington, DE 19899-1568
Attorney for Plaintiff

/s/ Marc P. Niedzielski (#2616)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
Attorney for Taylor and Williams

/s/ James E. Drnec (#3789)
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801
Attorney for Gombeh-Alie, Arif-Niaz,
Correctional Medical Services, Inc. and
Correctional Medical Services of Delaware, Inc

SO ORDERED, this 14 day of November, 2007

*[signature]*
UNITED STATES DISTRICT JUDGE