IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL J. CARTER, | : |
|         Plaintiff, | : |
| v. | :   C.A. No. 07-517-LPS |
| STANLEY W. TAYLOR, ET AL., | : |
|         Defendants. | : |

## ORDER

At Wilmington this **21st** day of **November, 2007**.

WHEREAS, counsel has agreed to proposed scheduling order dates; and

WHEREAS, counsel has agreed that a scheduling teleconference is not necessary; therefore,

IT IS HEREBY ORDERED that the Rule 16 scheduling teleconference scheduled for December 5, 2007 at 1:00 p.m. is cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                                                   _____
                                                                   UNITED STATES MAGISTRATE JUDGE