## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL J. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STANLEY W. TAYLOR, individually; | ) |
| RAPHAEL WILLIAMS, individually; | ) |
| SITTA B. GOMBEH-ALIE, M.D., | ) |
| individually; MUHAMMAD ARIF NIAZ, | ) C.A. No. 07-517 LPS |
| M.D., individually; CORRECTIONAL | ) |
| MEDICAL SERVICES, INC., a Missouri | ) |
| corporation; CORRECTIONAL MEDICAL | ) |
| SERVICES OF DELAWARE, INC., a | ) |
| Delaware corporation; JOHN DOE | ) |
| MEDICAL PERSONNEL; and JOHN DOE | ) |
| CORRECTIONAL PERSONNEL, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

**NOW COMES** plaintiff, by and through counsel, and, pursuant to Fed. R. Civ. P. 41(a)(1)(i), voluntarily dismisses the above-captioned action with prejudice as to defendants John Doe Medical Personnel and John Doe Correctional Personnel only.

**PERRY & SENSOR**

By: /s/  Michael L. Sensor
    Michael L. Sensor, Esquire
    Delaware Bar ID No. 3541
    One Customs House, Suite 560
    P.O. Box 1568
    Wilmington, DE 19899-1568
    Telephone: (302) 655-4482
    Attorney for Plaintiff

Dated: November 27, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 27, 2007, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following person(s), counsel of record for defendant Williams:

**DOCUMENT:**

Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(i)

**RECIPIENT:**

Marc P. Niedzielski, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

James R. Drnec, Esquire
Balick & Balick
711 N. King Street
Wilmington, DE 19801

                                            **PERRY & SENSOR**

                              By: /s/   Michael L. Sensor
                                    Michael L. Sensor, Esquire
                                    Delaware Bar ID No.  3541
                                    One Customs House, Suite 560
                                    P.O. Box 1568
                                    Wilmington, DE 19899-1568
                                    Telephone: (302) 655-4482
                                    Attorney for Plaintiff

Dated: November 27, 2007