**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DARYL J. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STANLEY W. TAYLOR, individually; | ) |
| RAPHAEL WILLIAMS, individually; | ) |
| SITTA B. GOMBEH-ALIE, M.D., | ) |
| individually; MUHAMMAD ARIF NIAZ, | )   C.A. No. 07-517 LPS |
| M.D., individually; CORRECTIONAL | ) |
| MEDICAL SERVICES, INC., a Missouri | ) |
| corporation; CORRECTIONAL MEDICAL | ) |
| SERVICES OF DELAWARE, INC., a | ) |
| Delaware corporation; JOHN DOE | ) |
| MEDICAL PERSONNEL; and JOHN DOE | ) |
| CORRECTIONAL PERSONNEL, | ) |
| | ) |
| Defendants. | ) |

**SUGGESTION OF DEATH PURSUANT TO FED. R. CIV. P. 25(a)(1)**

**NOW COMES** the undersigned and, pursuant to Fed. R. Civ. P. 25(a)(1), hereby suggests upon the record the death of plaintiff Daryl J. Carter during the pendency of this action on November 11, 2007.

                                                        **PERRY & SENSOR**

                                  By: /s/ Michael L. Sensor
                                        Michael L. Sensor, Esquire
                                        Delaware Bar ID No. 3541
                                        One Customs House, Suite 560
                                        P.O. Box 1568
                                        Wilmington, DE 19899-1568
                                        Telephone: (302) 655-4482
                                        Attorney for Plaintiff

Dated: November 27, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 27, 2007, he electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following person(s), counsel of record for defendant Williams:

**DOCUMENT:**

Suggestion of Death Pursuant to Fed. R. Civ. P. 25(a)(1)

**RECIPIENT:**

Marc P. Niedzielski, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

James R. Drnec, Esquire
Balick & Balick
711 N. King Street
Wilmington, DE 19801

PERRY & SENSOR

By: /s/ Michael L. Sensor
    Michael L. Sensor, Esquire
    Delaware Bar ID No. 3541
    One Customs House, Suite 560
    P.O. Box 1568
    Wilmington, DE 19899-1568
    Telephone: (302) 655-4482
    Attorney for Plaintiff

Dated: November 27, 2007