**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DARYL J. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STANLEY W. TAYLOR, individually; | ) |
| RAPHAEL WILLIAMS, individually; | ) |
| SITTA B. GOMBEH-ALIE, M.D., | ) |
| individually; MUHAMMAD ARIF NIAZ, | )  C.A. No. 07-517 LPS |
| M.D., individually; CORRECTIONAL | ) |
| MEDICAL SERVICES, INC., a Missouri | ) |
| corporation; CORRECTIONAL MEDICAL | ) |
| SERVICES OF DELAWARE, INC., a | ) |
| Delaware corporation; JOHN DOE | ) |
| MEDICAL PERSONNEL; and JOHN DOE | ) |
| CORRECTIONAL PERSONNEL, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

**NOW COME** the parties to this action, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate, subject to the approval of the Court, that the above-captioned action may be **DISMISSED** with prejudice due to the death of plaintiff Daryl J. Carter, with each party to bear its own costs.

| | |
|---|---|
| **PERRY & SENSOR** | **STATE OF DELAWARE DEPARTMENT OF JUSTICE** |
| By: /s/ Michael L. Sensor | |
| Michael L. Sensor, Esquire | |
| Delaware Bar ID No. 3541 | By: /s/ Marc P. Niedzielski |
| One Customs House, Suite 560 | Marc P. Niedzielski, Esquire |
| P.O. Box 1568 | Delaware Bar ID No. 2616 |
| Wilmington, DE 19899-1568 | Deputy Attorney General |
| Telephone: (302) 655-4482 | 820 N. French Street, 6th Floor |
| Attorney for Plaintiff | Wilmington, DE 19801 |
| | Attorney for Defendants Taylor and Williams |
| Dated: November 28, 2007 | |

**BALICK & BALICK, LLC**

By: /s/ James E. Drnec
     James E. Drnec, Esquire
     Delaware Bar ID No. 3789
     711 N. King Street
     Wilmington, DE  19801
     Attorney for Gombeh-Alie, Arif-
     Niaz, Correctional Medical Services,
     Inc. and Correctional Medical
     Services of Delaware, Inc.


**SO ORDERED** this _____ day of _____, 2007.


_____
United States Magistrate Judge