## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARYL J. CARTER, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-517-LPS |
| STANLEY W. TAYLOR, et al., | : |
| Defendants. | : |

### **ORDER**

At Wilmington this **3rd** day of **December, 2007**.

IT IS ORDERED that the teleconference scheduled for Thursday, December 6, 2007 at 12:00 Noon with Magistrate Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE